UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
CITGO PETROLEUM CORPORATION and : 
PDV HOLDING, INC.,

        Plaintiffs, :

  -against- :

FTC CAPITAL MARKETS, INC., FTC :   Civil Action No. 09 cv 2116
EMERGING MARKETS, INC., FTC
HOLDINGS LLC, FTC GROUP, :   **RULE 7.1 STATEMENT**
GUILLERMO DAVID CLAMENS, and LINA :
LOPEZ,

        Defendants. :
------------------------------------------------ X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CITGO Petroleum Corporation and PDV Holding, Inc. (collectively "Plaintiffs") certifies that no corporate parents, affiliates and/or subsidiaries of the Plaintiffs are publicly held.

Dated: New York, New York.
March 9, 2009

                        By: _/s/ Michele A. Coffey_
                              Michele A. Coffey (MC-8656)
                              Morgan, Lewis & Bockius LLP
                              101 Park Avenue
                              New York, NY 10178-0600
                              Tel: 212.309.6000
                              Fax: 212-309-6001

DB1 62630468.1