UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CITGO PETROLEUM CORPORATION and
PDV HOLDING, INC.,

        Plaintiffs,

   - against -

FTC CAPITAL MARKETS, INC., FTC
EMERGING MARKETS, INC., FTC
HOLDINGS LLC, FTC GROUP,
GUILLERMO DAVID CLAMENS, and
LINA LOPEZ,

        Defendants.
------------------------------------------------------------x

Filed Electronically
Civil Action No. 09 CV 2116
Hon. Jed S. Rakoff, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-09

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that this action shall be, and hereby is, dismissed without prejudice and without costs or attorneys' fees to any party as against the other parties.

IF IS FURTHER STIPULATED AND AGREED THAT defendants FTC Capital Markets, Inc., FTC Emerging Markets, Inc, FTC Holdings LLC, Guillermo David Clamens and Lina Lopez shall execute the "Respondents' Submission Agreement" required for the claims asserted herein to proceed in an arbitration administered by FINRA Dispute Resolution.

Dated: May 5, 2009
      New York, New York

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michele A. Coffey (MC-8656)
101 Park Avenue
New York, New York 10178
Attorney for Citgo Petroleum Corporation
and PDV Holding, Inc.

DB1/62866440.1

Dated: May 5, 2009
New York, New York

FOX HORAN & CAMERINI LLP

By: _____
V. David Rivkin (VR-6734)
825 Third Avenue, 12th Floor
New York, New York 10022
Attorney for FTC Capital Markets, Inc.,
FTC Emerging Markets, Inc., FTC Holdings LLC,
Guillermo David Clamens, and Lina Lopez

SO ORDERED:

_____
Jed S. Rakoff, U.S.D.J.

5-5-09

DB1/62866440.1